*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KING, STEPHENS, and KOVAC,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Byron P. McCRAY**
Boatswain's Mate Second Class Petty Officer (E-5), U.S. Navy
Appellant

**No. 201900272**

Decided: 19 March 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Aaron C. Rugh

Sentence adjudged 18 July 2019 by a special court-martial convened at Naval Base San Diego, California consisting of a military judge sitting alone. Sentence in the Entry of Judgment: bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court